UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOHN DOE** | **CIVIL ACTION NO: 24-98** |
| **VERSUS** | **JUDGE DARREL JAMES PAPILLION** |
| **ADMINISTRATORS OF TULANE EDUCATIONAL FUND** | **MAGISTRATE JUDGE MICHAEL B. NORTH** |

**ORDER**

Before the Court is a Motion to Seal Document by John Doe ("Doe"). R. Doc. 11. Doe previously filed a version of his Complaint that referred to relevant parties only by their initials and pseudonyms. R. Doc. 1. Doe then filed a Motion to Proceed Under Pseudonym. R. Doc. 4. The Court granted the motion, but ordered Doe file, under seal, a version of the Complaint using the full legal names of all relevant parties. Doe's Complaint is publicly available except for the names of the involved parties. The Court finds that given this, as well as the sensitive nature of this matter, which the Court discusses at length in its January 19, 2024 Order and Reasons, the parties' interest in anonymity outweighs the public's common law right of access to the involved parties' names. Accordingly,

**IT IS ORDERED** that Doe's Motion to Seal (Record Document 11) is **GRANTED**. The Clerk's Office is instructed to file the sealed version of the Complaint (Record Document 11-2), under seal, as an attachment to Doe's Complaint (Record Document 1).

New Orleans, Louisiana, this 27th day of February 2024.

*Darrel James Papillion*
**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**