## IN THE UNITED STTES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| John Doe, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 2:24-cv-00098-DJP-JVM |
| | ) | |
| vs. | ) | Judge Darrel James Papillion |
| | ) | |
| Administrators of Tulane Educational | ) | Magistrate Judge Janis Van Meerfeld |
| Fund, dba The Tulane University of | ) | |
| Louisiana aka Tulane University, | ) | |
| | ) | |
| Defendants. | ) | |

---

## CONSENT MOTION TO MODIFY EXPERT DISCLOSURE DEADLINES

---

The parties are diligently pursuing discovery, but experienced a brief delay because defense counsel had a several week trial. In discussions concerning discovery, the parties agree that due to the nature of the case, expert disclosures should take place near the close of fact discovery to promote efficient use of the parties' resources. The parties propose the following modification of the expert disclosure deadlines, which will not impact any other deadlines in the case:

| | **CURRENT DEADLINE** | **PROPOSED DEADLINE** |
|---|---|---|
| Plaintiff expert disclosure | October 25, 2024 | January 10, 2025 |
| Defendant expert disclosure | November 25, 2024 | February 7, 2025 |
| Expert rebuttal reports | December 23, 2025 | March 7, 2025 |
| Expert depositions completed | | April 4, 2025 |

The parties make this request in good faith and not for purposes of undue delay.

Respectfully Submitted,

Respectfully submitted,


**SHLOSMAN LAW FIRM**

BY:   /s/Thomas W. Shlosman
        Thomas W. Shlosman (#34086)
        4907 Magazine Street
        New Orleans, LA  70115
        Telephone:  504-826-9427
        Facsimile:  504-324-0431
        Email: tom@shlosmanlaw.com


**ROSENBERG & BALL CO., LPA**

BY:   /s/ Tracy L. Turner
        Tracy L. Turner (Ohio Bar #0069927)
        Of Counsel
        205 South Prospect Street
        Granville, Ohio 43023
        Telephone:  740-644-1027
        Facsimile:  866-498-0811
        Email: tturner@rosenbergall.com

**ATTORNEYS FOR PLAINTIFF, JOHN DOE**

**AND**

**PHELPS DUNBAR LLP**

BY:   /a/ Rebecca Sha
        KIM M. BOYLE (#18133)
        REBECCA SHA (#35317)
        Canal Place
        365 Canal Street, Suite 2000
        New Orleans, Louisiana 70130-6534
        Telephone: 504-566-1311
        Telecopier: 504-568-9130
        Email: kim.boyle@phelps.com
                rebecca.sha@phelps.com

**ATTORNEYS FOR DEFENDANT, THE
ADMINISTRATORS OF THE TULANE
EDUCATIONAL FUND**