UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOHN DOE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 24-98** |
| **ADMINISTRATORS OF TULANE EDUCATIONAL FUND, ET AL.** | **SECTION: "P" (1)** |

## AMENDED SCHEDULING ORDER

Considering the foregoing Consent Motion to Modify Expert Disclosure Deadlines (R. Doc. 23), and for good cause shown, **IT IS ORDERED** that the motion is **GRANTED**. The following deadlines are **RESET** as set forth below:[1]

| EVENT | PREVIOUS DEADLINE | NEW DEADLINE |
|---|---|---|
| Plaintiff's Expert Reports | **October 25, 2024** | **January 10, 2025** |
| Defendants' Expert Reports | **November 25, 2024** | **February 7, 2025** |
| Rebuttal Expert Reports | **December 23, 2024** | **March 7, 2025** |
| Expert Depositions Complete | N/A | **April 4, 2025** |

Deadlines, cut-off dates, or other limits fixed herein may only be extended by the Court upon timely motion filed in compliance with Local Rules and upon a showing of good cause. Continuances will not be granted, except for good cause.

The parties are urged to work diligently to comply with the deadlines set forth in this Order.

---

[1] For the avoidance of any doubt, all other deadlines established in the Court's May 1, 2024 Scheduling Order (R. Doc. 20) remain.

New Orleans, Louisiana, this 17th day of October 2024.

_____
**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**