# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOHN DOE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 24-98** |
| **ADMINISTRATORS OF TULANE EDUCATIONAL FUND** | **SECTION: "P" (1)** |

## ORDER

Considering the foregoing *Ex Parte/Consent Motion to Modify Expert Disclosures and Dispositive Motion Deadlines* (R. Doc. 31) filed by Plaintiff, John Doe, and Defendant, the Administrators of the Tulane Educational Fund,

**IT IS HEREBY ORDERED THAT** the motion (R. Doc. 31) is **GRANTED IN PART** and **DENIED IN PART** in that the Amended Scheduling Order (R. Doc. 30) is amended to reflect the following deadlines:

- Written reports of experts who may be witnesses for Plaintiff shall be obtained and delivered to counsel for Defendant no later than June 27, 2025;

- Written reports of experts who may be witnesses for Defendant shall be obtained and delivered to counsel for Plaintiff no later than July 28, 2025;

- Written rebuttal reports of experts who may be witnesses for Plaintiff shall be obtained and delivered to counsel for Defendant no later than August 28, 2025;

- All expert depositions shall be taken no later than September 30, 2025.

**IT IS FURTHER ORDERED**, that no dispositive motions shall be filed, without leave, prior to October 1, 2025, the current Pretrial Conference date.[1]

---

[1] *See* R. Doc. 30.

**IT IS FURTHER ORDERED** that the current October 1, 2025 Pretrial Conference is hereby **CONVERTED** to a status conference.

**IT IS FURTHER ORDERED** that the July 9, 2025 status conference is **CANCELED** and the October 20, 2025 trial date is **CONTINUED** to March 2, 2026 at 9:00 a.m. The Pretrial Conference shall be held on February 11, 2026 at 10:00 a.m.

**IT IS FURTHER ORDERED** that any dispositive motions shall be filed on or before October 10, 2025, and shall be set for submission on November 5, 2025.

**No further extensions or continuances are likely to be granted.**

New Orleans, Louisiana, this 20th day of March 2025.

_____
**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**