UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOHN DOE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 24-98** |
| **ADMINISTRATORS OF TULANE EDUCATIONAL FUND** | **SECTION: "P" (1)** |

## ORDER

The status conference set for October 1, 2025, is **CANCELED**. The prohibition against filing dispositive motions without prior leave of court, as set forth on page one of the March 20, 2025 Order (R. Doc. 33), is hereby lifted. The parties are authorized to file any such motion, without leave of court, on or before October 10, 2025, and such motions shall be set for submission on November 5, 2025. If either party believes a status conference is necessary prior to the pretrial conference set for February 11, 2026, that party should file a motion requesting a status conference and explaining why it believes a status conference is necessary.

**IT IS SO ORDERED.**

New Orleans, Louisiana, this 30th day of September 2025.

_____
**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**