UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOHN DOE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 24-98** |
| **ADMINISTRATORS OF TULANE EDUCATIONAL FUND** | **SECTION: "P" (1)** |

## ORDER

Considering the foregoing Joint Motion to Dismiss with Prejudice (R. Doc. 57) filed by Plaintiff, John Doe, and Defendant, The Administrators of the Tulane Educational Fund,

**IT IS ORDERED** that the motion is **GRANTED**, and the above-captioned matter is hereby **DISMISSED WITH PREJUDICE** in its entirety, with each party to bear its own costs and attorneys' fees, as agreed to by the parties.

New Orleans, Louisiana, this 25th day of November 2025.

*[signature]*

**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**